**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Ermes Antonio Cortez,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ed Painting, Inc and Edwin Santos,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:11-cv-902-RWS |

## DEFAULT JUDGMENT

The defendants Ed Painting, Inc. and Edwin Santos, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, United States District Judge, by order of 7/12/2011, having directed that judgment issue in favor of plaintiff and against the defendants, it is hereby

ORDERED AND ADJUDGED, that the plaintiff, recover from the defendants, the amount of $30,571.96.

Dated at Atlanta, Georgia this 13th day of July, 2011.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　<u>Cynthia Mercado</u>
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　July 13, 2011
James N. Hatten
Clerk of Court


By: <u>Cynthia　　Mercado</u>
　　　　Deputy Clerk